IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

ALICIA HEAD,                                         *

                          Plaintiff,                 *

v.                                                        Case No.  5:25-cv-00108-TES

                                                     *

DAVID STEINER,

                                                     *

                          Defendant.

_____                     *


## J U D G M E N T

Pursuant to this Court's Order dated October 22, 2025, and for the reasons stated therein, JUDGMENT is hereby entered in favor of Defendant.  Plaintiff shall recover nothing of Defendant. Defendant shall also recover costs of this action.

This 22nd day of October, 2025.

David W. Bunt, Clerk


s/ Erin Pettigrew, Deputy Clerk